IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )       4:02CR3178
                             )
         v.                  )
                             )
RICARDO AGUILAR,             )       ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal of indictment without prejudice (Filing No. 5). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment is dismissed, without prejudice, against the defendant Ricardo Aguilar.

DATED this 6th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court